**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THIDA TRIMMING INC.,<br><br>　　　　　Respondent. | Case No. 2:23-mc-00039-JLS-MAA<br><br>~~[PROPOSED]~~ **ORDER RE: EEOC'S APPLICATION FOR ORDER TO SHOW CAUSE WHY ITS SUBPOENAS SHOULD NOT BE ENFORCED**<br><br>**AS REVISED BY COURT** |

The U.S. Equal Employment Opportunity Commission ("EEOC" or the "Commission") has filed an Application for an Order to Show Cause why Subpoena No. LA-23-103 and Subpoena No. LA-23-104 should not be enforced.

It is hereby ORDERED that Respondent appear on __5th__ day of __July__, 2023, at __10:00__ a.m. / ~~p.m.~~ in Courtroom __690__, United States Courthouse, __255 East Temple Street Los Angeles CA 90012__, and show cause why it should not be compelled to comply with the Subpoena.

It is further ORDERED that the Commission shall serve the Respondent with a copy of this Order to Show Cause, along with the Commission's Application and Memorandum in Support, on or before the __5th__ day of __May__, 20__23__, and file a proof of service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure.

It is further ORDERED that the Respondent file and serve its answer to the Application no later than the __31st__ day of __May__, 2023.

It is further ORDERED that the Commission file and serve any responsive pleading to the answer no later than the __14th__ day of __June__, 20__23__.

Dated: __April 14, 2023__

_____
Hon. Maria A. Audero
United States District Judge

1

[Prop. Order] for EEOC's
Application for Order to Show Cause
*EEOC v. Thida Trimming Inc.*